PER CURIAM.
Affirmed. State v. Coffey, 212 So.2d 632 (Fla.1968); State v. T.L.W., 457 So.2d 566 (Fla.2d DCA 1984); Adams v. State, 448 So.2d 1201 (Fla.3d DCA 1984); Grala v. State, 414 So.2d 621 (Fla.3d DCA 1982); Elder v. Robert J. Ackerman, Inc., 362 So.2d 999 (Fla. 4th DCA 1978); Interest of B.S. v. State, 320 So.2d 459 (Fla.3d DCA 1975); Chapman v. California, 386 U.S. 18, 87 S.Ct. 824, 17 L.Ed.2d 705 (1967).